

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00630-CR

Troy Stanley **STAIR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0709-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

The reporter's record was due October 23, 2015. On October 26, 2015, the court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing. On November 12, 2015, we ordered appellant to provide written proof to this court on or before November 23, 2015 that he had requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). On December 1, 2015, we received a copy of the order we mailed to appellant by return mail, indicating appellant had been released from the Bexar County Adult Detention Center. We then mailed a copy of the order to appellant's address on file on December 4, 2015. As of this date, appellant has not responded.

It is therefore **ORDERED** that appellant provide written proof to this court on or before **December 23, 2015** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due **January 15, 2016** and this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision.

The clerk of this court is **ordered** to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court